UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TREVIS C. JOHNSON, # 246092,  )
                                             )
                Petitioner,  )    Case No. 1:15-cv-979
                                             )
v.                                           )    Honorable Paul L. Maloney
                                             )
T. MACKIE,                  )
                                           )
               Respondent.  )
_____)

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that petitioner's application for habeas corpus relief is hereby

**DISMISSED WITH PREJUDICE** because it is barred by the statute of limitations.


Dated:  June 12, 2017                                     /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge